# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1595

VERSUS

ROBERT LATROY WHITE                                   **JANUARY 31, 2022**

---

In Re:   Robert LaTroy White, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         No. 434,333.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court granted relator's motion for production of documents on October 15, 2021. The records further reflect that the district court mailed relator's sentencing transcript and order granting the motion, but the documents were returned to the clerk's office on November 8, 2021.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT